UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                  CASE NO: 6:12-cr-126-Orl-18GJK

TONY BERNARD MATHIS

    Defendant.

## ORDER

Pending before the Court is Defendant Tony Bernard Mathis' Motion for Status Request in which he inquires about his motion for appointment of a lawyer to assist him in determining his eligibility for relief based upon the United States Supreme Court's decision in Rehaif v. United States, 139 S.Ct. 2191 (2019) (Doc. 54). The motion is **GRANTED**, and Defendant is advised that on March 5, 2020, the Court entered its Order denying his motion based upon the Eleventh Circuit's decision in In re Palacios, 931 F.3d 1314 (11th Cir. 2019) (Doc. 53).

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2020.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    United States Attorney
    Tony Bernard Mathis